**Exhibit A to the Complaint**

**Location:** Atlantic Beach, FL  
**Total Works Infringed:** 186  
**IP Address:** 73.171.208.61  
**ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 02/19/2019 12:07:18 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | 09/03/2018 13:46:58 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 3 | 039F4779148D3E374D990283A83AC46A0219DAE9 | 11/11/2017 13:42:08 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 4 | 054AAFD071435FD4C25D9B1B5DA411B15C4D9997 | 07/31/2018 10:33:10 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 5 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | 09/28/2018 12:01:31 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 6 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | 01/29/2018 15:08:09 | Tushy | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 7 | 07D621EEA74765FC0981567F5C7C895B053E76C3 | 04/18/2018 16:52:26 | Vixen | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 8 | 082C43A6A41C30507682EB32F25A418C5223436D | 02/10/2018 13:23:36 | Blacked | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 9 | 0ED1618079E29D4BB708465328D67B227B1AA795 | 04/07/2018 12:57:59 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 10 | 12543516E11230C00906E75AE9D649CDEBAB9844 | 12/01/2018 15:42:41 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 11 | 132EE60D7C0DC1229C3D3CBD15C56561F8581C2E | 12/02/2017 14:49:03 | Vixen | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 12 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | 12/28/2017 13:58:59 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 13 | 15A2129FAB744BA2D1EB159A3ED6423752ECC306 | 04/03/2018 15:37:31 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 14 | 15B4D4AF83BFA9B878DC09AE42B59EACD98F520A | 04/18/2018 16:17:52 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 15 | 16A54F666CB7A97B86ADAC7E635F9CD12941E879 | 12/21/2018 13:12:33 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 16 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | 11/11/2017 13:01:22 | Vixen | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 17 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | 08/15/2018 12:08:40 | Vixen | 08/12/2017 | 08/17/2017 | PA0002048373 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | 04/26/2018 17:12:20 | Vixen | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 19 | 1BA06FF511877DFA75B32024B4506A7C9BEB8D9C | 01/27/2018 13:57:38 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 20 | 1BDF3843BCBB3DF9194FCBF865F6D1EE2FE7F891 | 05/23/2018 12:05:54 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 21 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | 01/11/2018 13:21:16 | Vixen | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 22 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | 12/16/2018 18:03:20 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 23 | 1FB01C62464C1A31AECE85754CFE67E51306FA3E | 12/12/2018 22:12:18 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 24 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | 12/09/2017 17:20:24 | Tushy | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 25 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | 12/20/2017 16:15:04 | Vixen | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 26 | 245E7595EAF9BD032DBBCC7121C46D91F6011AA6 | 10/11/2018 14:09:55 | Tushy | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 27 | 24D8A4B04637387530796E5D65A63987ABE9317A | 01/17/2018 13:51:41 | Vixen | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 28 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | 05/31/2018 13:58:28 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 29 | 2541261990122381387D2C03CDA34FF74B4EDE3E | 12/23/2018 16:10:29 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 30 | 258961E123E520633A96CDF11E8E6F60E233C816 | 05/22/2018 12:32:21 | Vixen | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 31 | 289FE7D65DFCFACB416832D12862105A2762841A | 04/18/2018 17:32:14 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 32 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | 01/01/2018 15:44:21 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 33 | 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5 | 05/03/2018 11:49:27 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 34 | 2A87FFB92A8547AF4A92D43DA2660FB0030683E4 | 11/26/2018 13:22:01 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 35 | 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1 | 12/20/2017 16:29:53 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 36 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | 09/20/2018 15:23:44 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | 02/24/2019 14:39:59 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 38 | 2E22088D0C4283B905FACB9C0780EDDEAA60F1FD | 05/12/2018 13:24:05 | Vixen | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 39 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | 04/07/2018 12:42:46 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 40 | 303C36DEF9CD0C279872A8580354BDF7543A44BA | 12/18/2018 12:49:39 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 41 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | 12/31/2017 15:08:58 | Blacked | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 42 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | 05/07/2018 15:05:09 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 43 | 323ABA20226A452D66399A3CC61AC61F1DD9232B | 12/09/2017 17:11:22 | Tushy | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 44 | 3595316CCA479043472C8512B52F63F047E77C58 | 04/11/2018 19:39:26 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 45 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | 12/09/2017 17:37:20 | Vixen | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 46 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | 02/06/2018 11:43:31 | Vixen | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 47 | 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57 | 12/27/2018 12:22:20 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 48 | 3A8F5DDE96360B6473920F8C1F87FFE982D094FD | 10/24/2018 22:10:35 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 49 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | 02/16/2019 13:29:39 | Vixen | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 50 | 3C6D5785FDC3A9947EA11D9923048076FDE43B96 | 12/29/2018 12:18:35 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 51 | 3D28715C811F8DE1CAAD1A99295AF61E55D4A1CA | 08/15/2018 11:48:53 | Tushy | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 52 | 3D5565340A11007367A788386A1708908C63FDA4 | 10/09/2018 12:02:30 | Tushy | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 53 | 3D975982F1D32ABB38E851EAA39614D3ADCD8FB2 | 12/02/2017 14:44:33 | Blacked | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 54 | 3F4C0253E2228A9EDE1621364527323DE26F2BE0 | 08/09/2018 13:02:09 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 55 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | 07/31/2018 10:07:24 | Vixen | 05/24/2018 | 07/14/2018 | PA0002128388 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | 10/27/2018 12:34:15 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 57 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | 11/29/2017 15:33:03 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 58 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | 04/18/2018 16:27:37 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 59 | 450BF9E0938225411862819CF362767C314B55CD | 01/06/2018 14:36:27 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 60 | 4670519255EEFD11D8740328CB025AE98351F54C | 12/16/2018 18:07:47 | Vixen | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 61 | 4699FA70336C7253C0D4CA0E1942A84BDCBE2AE0 | 06/26/2018 16:38:36 | Vixen | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 62 | 4781DC5F0E61DC0565DFF8107F93F621CADAEDEE | 03/31/2018 10:57:52 | Vixen | 03/30/2018 | 04/17/2018 | PA0002116756 |
| 63 | 4B0E37EA68A211FEDF9426703AD13C1DAFEC931D | 12/20/2017 16:08:10 | Vixen | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 64 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | 12/20/2017 16:35:50 | Vixen | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 65 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | 05/16/2018 12:18:01 | Vixen | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 66 | 4C02D6F66BB0B8E9DBC20AE520E704CAC437C13D | 12/07/2018 13:23:31 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 67 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | 11/24/2017 18:07:11 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 68 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | 04/18/2018 16:51:25 | Blacked | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 69 | 53DB4894FCA7DDBD26158D259CD53023DD8E6C22 | 03/28/2018 13:08:20 | Tushy | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 70 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | 06/04/2018 12:36:59 | Tushy | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 71 | 566E0C71C6687D57588A3E7601927DCE8EB7B847 | 12/10/2017 15:49:05 | Tushy | 11/12/2017 | 11/30/2017 | PA0002098037 |
| 72 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | 12/13/2018 19:33:43 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 73 | 5C208E2ABF6083135CA52776A02D87442F215D60 | 11/11/2017 13:44:21 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 74 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | 03/31/2018 13:53:52 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | 08/04/2018 13:10:33 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 76 | 618B0F7F3738741EA0C455E3D757DAABDC2E4153 | 10/08/2018 14:33:21 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 77 | 62262C61602C01235FC02017D912EEDBFD38EA22 | 01/10/2019 16:53:54 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 78 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | 08/23/2018 11:21:26 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 79 | 634E5FC316C5903D29223CE413CB5EE5BD10BCCD | 04/14/2018 15:47:15 | Blacked | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 80 | 64683F0353A903719B39E742A35B975B17849BF7 | 12/20/2017 16:09:49 | Vixen | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 81 | 64D40092B3D528552372E59E9627B7D57E83B443 | 09/04/2018 15:08:25 | Tushy | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 82 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | 08/10/2018 13:32:18 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 83 | 6671533EE8277923DF4254534389F8630C5BF901 | 05/05/2018 14:25:00 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 84 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | 05/22/2018 15:33:48 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 85 | 690ACD2F2BB4613B6E31144459109F675DB8F088 | 12/29/2017 16:53:12 | Tushy | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 86 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | 12/20/2017 14:36:10 | Vixen | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 87 | 6B7EEF6AEDA2787A84E7F56E17DF19F5F7CCA93C | 02/03/2018 13:03:31 | Tushy | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 88 | 6B8CEE6C31BE723DE9BC83B75BA5883943B69CAD | 11/11/2017 13:00:31 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 89 | 6F163C383995F829D551524573789A6FEC5C22D5 | 12/16/2018 18:07:50 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 90 | 6F75AEA8C4BF36A79E8567BCC9EE96EFA63E76B0 | 01/25/2018 18:28:27 | Vixen | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 91 | 7187921EA9FCD6A45613346F742B048B53088923 | 12/06/2018 16:57:12 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 92 | 72A6AEA084A80A15DC18F13D25D8E2A645029E1C | 07/21/2018 21:52:48 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 93 | 7353ED9F41626B8991109849D8088558206CCFD0 | 01/20/2018 14:34:18 | Vixen | 01/19/2018 | 03/02/2018 | PA0002104769 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 94 | 76643D3E3E7CE8687DD1596C2359DD458143381D | 12/20/2017 16:26:22 | Vixen | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 95 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | 11/11/2017 13:44:38 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 96 | 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7 | 09/19/2018 18:25:03 | Vixen | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 97 | 77537958D009D974B9970112342BCA232614C16F | 01/29/2018 11:42:50 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 98 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | 11/11/2017 13:48:27 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 99 | 7ABEF2110AAB24D772A31B91D994EE0E2052E873 | 07/27/2018 15:36:59 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 100 | 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5 | 05/07/2018 14:12:22 | Blacked | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 101 | 7D60A817AEA773BA1EA6BCDAA8EADAB470D7FDC9 | 12/03/2018 13:20:11 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 102 | 7EDD32115504363C423839CE86694F87A25A5049 | 01/02/2019 16:55:43 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 103 | 7EE851E09AB8BD5EB069382157EDEA8F2196F6D3 | 09/19/2018 18:21:05 | Blacked Raw | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 104 | 82CFE888A0B2294E22FE65EEA71618E9726E1E11 | 02/14/2018 14:03:10 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 105 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | 04/10/2018 11:01:39 | Tushy | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 106 | 88DD2053AC9078DC507F820E876F04C99C92167B | 01/12/2018 12:33:37 | Tushy | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 107 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | 04/28/2018 11:04:44 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 108 | 8AEA27202C47B378BF48659CC2938DB8691054EF | 07/26/2018 12:48:38 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 109 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | 01/03/2018 17:46:06 | Vixen | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 110 | 910E6B21D780F252568DD395226B05C2E41215D0 | 09/12/2018 12:11:19 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 111 | 93549317257A2157F77D68D6A18E486F3C583672 | 06/26/2018 20:21:51 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 112 | 951316BFFDA9FA845F58D89226446C5A123F6FA7 | 04/18/2018 17:25:33 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 113 | 95654EA216395D68AD3AE982AB8D52BFF7836A93 | 12/19/2017 12:37:10 | Tushy | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 114 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | 05/05/2018 14:16:40 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 115 | 973306499CCF5C90FB3899481EE9FDB896D23743 | 12/09/2017 16:41:35 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 116 | 9B5761C43053C4D647846D4270AD5085098C8B1A | 12/31/2017 15:05:29 | Tushy | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 117 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | 05/12/2018 13:38:17 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 118 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | 12/31/2017 15:16:57 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 119 | 9D29B8DA43C5063F7087D93478E6DDF9605BD22A | 12/09/2017 17:19:10 | Tushy | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 120 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | 12/10/2017 15:51:36 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 121 | 9DF492A32B162B9255FBF97DAB49227C0DDCCEFF | 01/17/2018 13:43:24 | Tushy | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 122 | A13372D383B6487823771167C3024FF64D0BAF6F | 12/16/2018 11:21:45 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 123 | A1D29F25C0C4393FA8C8AB72BE1BAC6C914A0185 | 04/18/2018 16:15:40 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 124 | A52D39781CC99688FE5018CE33112888507339E3 | 01/06/2018 14:37:14 | Vixen | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 125 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | 09/19/2018 13:52:22 | Tushy | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 126 | ABA6679BF8559143B35AA698BFA5B209D499EE98 | 01/27/2018 14:07:37 | Tushy | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 127 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | 04/18/2018 16:18:45 | Blacked | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 128 | B1175F1372648DE81684C06975EBCC841609C237 | 10/03/2018 08:55:22 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 129 | B30A24C236439A9B2C65C9234830190BD3026085 | 01/29/2018 15:10:06 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 130 | B5B347DB9C57FAFA705749FB4974E7B0CF0E2ED8 | 12/12/2017 12:14:30 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 131 | B5E2089BD88F5B29E059EAF5C2E621B3B5008919 | 11/26/2018 17:03:17 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | 01/03/2018 12:46:12 | Tushy | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 133 | B7BCBF2FCDD44A8BDB3A063EB66E0773C0B07526 | 12/07/2018 22:14:26 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 134 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 09/06/2018 20:51:02 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 135 | B9266888029C4F2FE729EC54F40765EDAC6C4DAB | 11/21/2017 14:30:44 | Vixen | 11/15/2017 | 12/04/2017 | PA0002098032 |
| 136 | B9E072232E0539EEBAFF9F6141443FE228C52360 | 05/22/2018 12:31:57 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 137 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | 08/13/2018 11:56:55 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 138 | BA208122059C1D4BF001721FE15BC0C17E491F8E | 04/10/2018 10:40:54 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 139 | BA50EE3F1CB1E39F93BCE8FB2A3596AC4CB67C7F | 12/21/2018 12:57:49 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 140 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | 12/20/2017 16:33:26 | Vixen | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 141 | BD854768B2F7F60A088E5A249207DEACEE5A7CD0 | 02/23/2019 14:26:01 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 142 | BDBABBF663AD232C0FDA5C8C98FC9AA1A81B74B6 | 03/23/2018 12:48:07 | Tushy | 03/22/2018 | 04/17/2018 | PA0002116092 |
| 143 | C32CF4467731185E1DD2025B999781FE21815A81 | 10/13/2018 13:01:28 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 144 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | 12/31/2017 15:06:16 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 145 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | 11/11/2017 13:44:42 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 146 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | 12/09/2017 17:14:36 | Blacked | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 147 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | 12/07/2017 16:25:27 | Tushy | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 148 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | 04/16/2018 21:01:27 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 149 | CD6294A1E374A9314470B69751116A79B32C1E56 | 11/19/2017 16:06:33 | Blacked Raw | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 150 | CF06BF9B172CD624567C9F9EE7CB1E2A97B8C66B | 01/20/2018 14:20:21 | Tushy | 12/02/2017 | 01/04/2018 | PA0002097497 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 151 | CF7373B976BF078DBB9CE0871213D8469D84358D | 12/09/2017 17:25:05 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 152 | CFD0C2D3763106A496D8DAA4651BD705F0607C03 | 04/07/2018 12:56:31 | Vixen | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 153 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 05/25/2018 12:23:32 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 154 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | 06/02/2018 10:52:41 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 155 | D33B55F4B260300934470B2571AA379EBBA73038 | 02/17/2019 14:35:40 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 156 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | 11/29/2017 15:32:38 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 157 | D9261D3722C161272619A45A80E6F849B0BC63B5 | 12/26/2018 14:06:33 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 158 | D946DDAAD52274848DDFC788EF337B77C172C467 | 11/11/2018 13:29:40 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 159 | D9F517D083F2110C3E6B76139EB6EE73B561C9CC | 03/04/2018 10:02:30 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 160 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | 07/22/2018 11:40:56 | Tushy | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 161 | DCAE89B587A018E667287D4F43426A43B69715C4 | 01/17/2019 13:18:42 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 162 | DCBE768B9794A804EED1BD6C3027B1D9C0B8886F | 02/17/2019 14:08:22 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 163 | DDDE3C1E38BE459DA57A781AA618792652E406F3 | 12/20/2017 14:42:33 | Vixen | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 164 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | 06/15/2018 15:51:06 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 165 | E07877B71CF19666B48388AB9C202988860AC477 | 05/05/2018 14:52:55 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 166 | E10259BB09AFE9410D944641E94048900ADEF0F2 | 12/31/2017 15:47:12 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 167 | E135DF22FAE94A7DEFE4329C8BB36859890C01A5 | 05/22/2018 12:09:45 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 168 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | 04/07/2018 13:25:25 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 169 | E8FE3087E4CF84208C67DF4F0810945B9A0B400C | 12/02/2017 14:40:06 | Tushy | 04/16/2017 | 06/15/2017 | PA0002037570 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 170 | EAAC93309F7CD7334A698050CCB612153083ECC8 | 12/20/2017 16:03:08 | Vixen | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 171 | EB9F5B6A04B4DFFA23A8CE55F49267EC9F155492 | 12/28/2018 12:51:48 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 172 | ECEC874C21239A30F35D90C14D825619A4E8486A | 08/24/2018 11:17:45 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 173 | EF2EAC4726A1D3E00AEED333D69582FB39066114 | 12/20/2017 16:16:05 | Vixen | 04/29/2017 | 06/15/2017 | PA0002037568 |
| 174 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | 04/18/2018 16:14:47 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 175 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | 11/19/2017 15:45:38 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 176 | F08757E3703EC2278B5CEB95FF97E82F94DD77E6 | 12/31/2017 15:00:13 | Vixen | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 177 | F2F1D363DB5FAAF52E0991EC8D44300307CF976C | 01/10/2019 16:51:42 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 178 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | 03/28/2018 13:32:56 | Blacked | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 179 | F3503DF2F7A91146244D2C9E7A79E1A34C966402 | 08/05/2018 11:14:45 | Tushy | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 180 | F94FE204219506CBCA0597C7F0E58A308EF426B3 | 11/07/2018 13:25:57 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 181 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | 12/20/2017 16:11:52 | Vixen | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 182 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | 10/07/2018 09:11:06 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 183 | FD4B053B28E588D31F2762D6FC81EE67B580D4B6 | 11/12/2018 12:26:43 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 184 | FDA6F2B654640FD8E18B02888B218DC0E952DCD8 | 06/12/2018 13:35:52 | Vixen | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 185 | FDAFB6514A92CABEE331EFE806E06E36AAEE19C5 | 09/19/2018 18:26:19 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 186 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | 08/08/2018 13:01:23 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |